# In the United States Court of Federal Claims

No. 18-1956C

(E-Filed: March 26, 2021)

|  |  |
|---|---|
| JOHN CRAWFORD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

    On March 26, 2021, plaintiff filed an unopposed motion to dismiss his case. <u>See</u> ECF No. 28. Plaintiff's case was decided to his satisfaction by the Army Board for Correction of Military Records. <u>See id.</u> at 1. On that basis, in accordance with Rule 52.2(d) of the Rules of the United States Court of Federal Claims (RCFC), plaintiff requests that the court dismiss this case with prejudice. <u>Id.</u>

    For good cause shown, plaintiff's unopposed motion to dismiss, ECF No. 28, is **GRANTED**. The clerk's office is directed to **ENTER** final judgment **DIMISSING** plaintiff's complaint with prejudice, pursuant to RCFC Rule 52.2.(d).

    IT IS SO ORDERED.

<u>s/Patricia E. Campbell-Smith</u>
PATRICIA E. CAMPBELL-SMITH
Judge
